IN THE SUPREME COURT OF THE STATE OF DELAWARE

JONATHAN S. HALL, §
§
 Defendant Below, § No. 321, 2020
 Appellant, §
§
 v. § Court Below–Superior Court
§ of the State of Delaware
STATE OF DELAWARE, §
§ Cr. ID Nos. 1507014587 (N)
 Plaintiff Below, § 1507024327 (N)
 Appellee. §
§

Submitted: November 2, 2020
Decided: December 2, 2020

Before **VAUGHN**, **TRAYNOR**, and **MOTGOMERY-REEVES**, Justices.

# O R D E R

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the Superior Court record, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned in the Superior Court's August 6, 2020 order denying the appellant's untimely motion for postconviction relief.[1] We also conclude that the Superior Court did not abuse its

---

[1] *State v. Hall*, 2020 WL 4559458 (Del. Super. Ct. Aug. 6, 2020).

discretion by declining to appoint counsel to assist the appellant, who pleaded guilty, in the postconviction proceedings.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[2] *See* Del. Super. Ct. Crim. R. 61(e)(3) (providing that the Superior Court may appoint counsel to assist an indigent movant with a first *timely filed* motion for postconviction relief under certain circumstances where the basis of the underlying conviction was a guilty plea).